580

452 A.2d 39

Commonwealth v. Kelly, Appellant.

Argued May 10, 1982. John J. Duffy, for appellant; Joseph W. Carroll, III, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., filed a memorandum dissenting statement.

452 A.2d 39

Commonwealth v. Krajci, Appellant.

Argued December 8, 1981. Malcolm W. Berkowitz, J.D., for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Affirmed.